

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-20-00103-CV

**IN THE MATTER OF THE ESTATE OF WILLIAM D. STEWART, JR., DECEASED**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-0986
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

Appellant Wayne A. Stewart's Unopposed First Motion for Extension of Time to File Motion for Rehearing or En Banc Reconsideration is GRANTED. Appellant's motion for rehearing or en banc reconsideration is due July 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court